NO. 07-07-0330-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 25, 2008
_____

GEORGE KIRBY,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2006-411,937; HON. BRADLEY S. UNDERWOOD, PRESIDING
_____

*Memorandum Opinion*
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

George Kirby was convicted by a jury of manufacturing a controlled substance. He seeks reversal by contending that the trial court erred in admitting into evidence a booking photograph which depicted his appearance on the day of his arrest. Allegedly the picture was both irrelevant and unduly inflammatory. We affirm the judgment.

The photograph was mentioned again by the State. However, only the first reference drew objections from appellant. The other did not. Moreover, appellant did not

ask for a running or continuous objection from the trial court when his first complaints were overruled. By not asking for a running objection and by withholding further complaint when the State alluded to the photograph for a second time during the testimony of a different officer, appellant did not preserve the purported error now before us. *Ethington v. State*, 819 S.W.2d 854, 859-60 (Tex. Crim. App. 1991).

Accordingly, we overrule appellant's issues and affirm the judgment.


Per Curiam

Do not publish.